UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE HATTON,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>　　　　　　　Defendants. | Case No.: 20cv1606-MMA-LL<br><br>**ORDER ENTERING STIPULATED PROTECTIVE ORDER WITH MODIFICATION** |

　　　Currently before the Court is the Parties' stipulated Protective Order, filed in conjunction with the Parties' Joint Discovery Plan. ECF No. 6-1. The Court has reviewed the stipulated Protective Order and for good cause shown, the stipulated Protective Order is **ENTERED** with the following modification:

　　　1.　　Paragraph 2 should read as follows: "All documents produced and information disclosed by the parties shall be disclosed only to the following persons: counsel of record for the parties; employees of counsel of record for the parties; experts and non-attorney consultants retained by the parties for the preparation or trial of this case; court personnel; the parties and the parties' employees and representatives."

　　　**IT IS SO ORDERED.**

1   Dated: September 11, 2020

_____
Honorable Linda Lopez
United States Magistrate Judge